## SPECIAL INTERROGATORIES TO THE JURY

### Part I – Florida Whistleblower Act[1]

**Do you find from a preponderance of the evidence:**

1. That Ms. Barnett engaged in statutorily protected activity?

   Answer Yes or No       _____

If your answer is "No," this ends your deliberations on this claim, and you may proceed to Part II of this verdict form. If your answer is "Yes," go to the next question.

2. That an adverse employment action then occurred?

   Answer Yes or No       _____

If your answer is "No," this ends your deliberations on this claim, and you may proceed to Part II of this verdict form. If your answer is "Yes," go to the next question.

3. That the adverse employment action was causally related to the protected activity?

   Answer Yes or No       _____

---

[1] *The City objects to this verdict form (Part I). The City's proposed verdict form (Part I) is set forth below in italicized font.*

If your answer is "No," this ends your deliberations on this claim, and you may proceed to Part II of this verdict form. If your answer is "Yes," go to the next question.

4. That Ms. Barnett suffered damages as a result of the adverse employment action?

      Answer Yes or No   _____

If your answer is "No," this ends your deliberations on this claim, and you may proceed to Part II of this verdict form. If your answer is "Yes," go to the next question.

5. That Ms. Barnett should be awarded damages to compensate for a net loss of wages and benefits up to the date of your verdict ("back pay")?

      Answer Yes or No   _____

      If your answer is "Yes,"
      in what amount?  $_____

6. That Ms. Barnett should be awarded damages to compensate for a net loss of wages and benefits beginning from the date of your verdict ("front pay")?

      Answer Yes or No   _____

      If your answer is "Yes,"
      in what amount?  $_____

This ends your deliberations on this claim, and you may proceed to Part II of this verdict form.

*Part I – Florida Whistleblower Act*

*Do you find from a preponderance of the evidence:*

1.  *That Ann Barnett engaged in protected activity?*

*Answer Yes or No            _____*

2.  *That Ann Barnett was constructively discharged?*

*Answer Yes or No            _____*

3.  *That the City of Opa-Locka constructively discharged Ann Barnett because of Ann Barnett's protected activity?*

*Answer Yes or No _____*

*If your answer to any of questions 1, 2, or 3 is NO, your verdict is for Defendant on the whistle-blower retaliation claim and you should proceed to Part II on this verdict form. If your answers to all of questions 1, 2, and 3 are YES, please answer question 4.*

4.  *That Ann Barnett's resignation from the City of Opa-Locka was predicated upon other grounds, and would have occurred, notwithstanding Plaintiff's exercise of protected activity?*

*YES   ___            NO    ____*

*If your answer to question 4 is YES, your verdict is for Defendant on the whistle-blower retaliation claim, and you should proceed to Part II on this verdict form. If your answer to question 4 is NO, please answer question 5.*

  5. *That Ann Barnett should be awarded damages for lost wages, benefits,*

*or other lost remuneration through the date of your verdict?*

   *YES* _____   *NO* _____

  *If your answer is "YES," in what amount?* $_____

## Part II – Title VII Discrimination

**Do you find from a preponderance of the evidence:**

1. That Ms. Barnett's supervisor harassed Ms. Barnett because of her gender?

        Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That the harassment created a hostile work environment for Ms. Barnett?

        Answer Yes or No          _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That the City exercised reasonable care to prevent and promptly correct any harassing behavior in the workplace because of gender?

        Answer Yes or No          _____

If your answer is "Yes," go to the next question. If your answer is "No," go to Question No. 5.

4. Either that Ms. Barnett unreasonably failed to take advantage of the preventive or corrective opportunities the City provided to avoid or correct the harm, or that Ms. Barnett took advantage of the preventive or corrective opportunities provided by the City and the City responded by taking reasonable and prompt corrective action?

                      Answer Yes or No      _____

If your answer is "Yes" to either, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No" to both, go to the next question.

5. That Ms. Barnett suffered damages because of the hostile work environment?

                      Answer Yes or No      _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. That Ms. Barnett should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

                      Answer Yes or No      _____

                    If your answer is "Yes,"
                    in what amount?      $_____

7. That Ms. Barnett should be awarded damages to compensate for emotional pain and mental anguish?

    Answer Yes or No   _____

    If your answer is "Yes,"
    in what amount?  $_____

This ends your deliberations, and your foreperson should sign and date the last page of this verdict form.

SO SAY WE ALL.

               _____
               Foreperson's Signature

DATE: _____